```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
STEVEN SOMERVILLE,                                                     :
                                                                       :
                        Plaintiff,                                     :
                                                                       :       23 Civ. 10191 (JPC)
        -v-                                                            :
                                                                       :              ORDER
RAUL SANCHEZ CHAVEZ et al.,                                            :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 21, 2023, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for January 19, 2024. Dkt. 7. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due January 12, 2024. The parties failed to submit either.

By 5:00 p.m. January 17, 2024, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 7. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: January 16, 2024
       New York, New York                          _____
                                                          JOHN P. CRONAN
                                                          United States District Judge