**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
STEVEN SOMERVILLE,

                Plaintiff,                    23-cv-10191 (OTW)

      -against-                                **ORDER**

RAUL SANCHEZ CHAVEZ et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 26. Accordingly, it is hereby ordered that:

- All fact discovery will be complete by **October 15, 2024**;

- The parties will exchange all expert reports by **December 1, 2024**;

- Expert depositions will be complete by **December 30, 2024**; and

- Dispositive motions, if any, will be filed no later than **January 29, 2025**.

There will be no further extensions to the discovery deadlines without good cause shown.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: September 12, 2024                                   **Ona T. Wang**
        New York, New York                         United States Magistrate Judge